UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    09-cr-141 (PKC)

        -against-

                                                    ORDER

FRANCISCO PERALTA,

                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The February 23, 2021 conference is adjourned to February 26, 2021 at 10:30

a.m. and will be held telephonically.  The call-in information for this teleconference is:

        Dial-in:        (888) 363-4749

        Access Code:  3667981

        SO ORDERED.


                                        _____
                                                P. Kevin Castel
                                        United States District Judge


Dated: New York, New York
        February 16, 2021