UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                               09-cr-141 (PKC)

        -against-                                  ORDER

FRANCISCO PERALTA,

                          Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The VOSR hearing previously scheduled for June 29, 2021 is moved up to June 24, 2021 at 10:30 a.m. The conference will proceed telephonically.

Dial-In No.: 1-888-363-4749, Access Code: 3667981.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 17, 2021