UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     09-cr-141 (PKC)

          -against-                                                ORDER

FRANCISCO PERALTA,

                           Defendant(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The VOSR hearing previously scheduled for July 27, 2022 is moved up to June 14, 2021 at 2:00 p.m. in Courtroom 11D.

       SO ORDERED.

                                            P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
          June 9, 2022